Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

SEP 23 2019

David J. Bradley, Clerk of Court

Zheng Luo
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Katy Independent School district
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Zheng Luo
   Street Address: 3141 Pedernales Trails Ln
   City and County: Katy
   State and Zip Code: Tx 77450
   Telephone Number: 7137398295
   E-mail Address: coinverso@hotmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Katy Independent School District
- Job or Title (if known):
- Street Address: 6301 S. Stadium Lane
- City and County: Katy
- State and Zip Code: Tx. 77494
- Telephone Number: 281-396-6000
- E-mail Address (if known): KennethGregorski@katyisd.org

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*the 5th Amendment of due process, and 14th Amendment of equal treatment.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The Katy Isd made a decision to detain my son after school. I asked for Katy Isd to clear the fact, but they refused. According to some proofs, I believe the detention dpsicion that involving racial and retaliation.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

9-17-2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My son made decision to quite golf school team. His coach treated my son unequal for retaliation. And the coach reported the school with intently missing important facts. So the school made the detention decision. I asked the school to investigate the fact of this event. But the school refused.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The defendent will detain my son, that my son will lose his free over one hour with my son having any mistake, and with my son being treated unequal, etc.

If the detention decision be excuted, my son will lost the freedom, It is unabe to compensation.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court make an order of injunctions of temporary, delay the decision excuted three weeks. I will do my best to address the matter with defendent. If I will not get the deal with defendent, or I wont file the lawsuit against the defendent in these three weeks, the order can be cancelled automatically.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/23/19

Signature of Plaintiff: Zheng Luo
Printed Name of Plaintiff: Zheng Luo

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# Katy Independent School District
## Discipline Notice

Subject/Grade: 11

Sex: ☒ M ☐ F

*Please sign and return*

**Student name:** Last: Jo   First: Xing (Eric)   Middle:

**Date:** 9-17-19   **Time:** 2:05 ☐ a.m. ☒ p.m.   **Referred by:** K. Hildebrand   **Date parent called:** 9-18-19

**Principal signature:** Wallace   **Parent signature:**   **Student signature:** [signed]

**Offense Level:** ☐ I   ☒ II 2.33   ☐ III   ☐ IV   ☐ V
(To be determined by campus administrator in accordance with the KISD "Discipline Management Plan and Student Code of Conduct")

**Factual description of incident:** Left school without permission after teacher told him he had to return to class.

**Administrative Actions:** 1 hour detention on Thurs. 9-19-19 2:45 - 3:45 in 9th cafe.

WHITE COPY: Parent copy
YELLOW COPY: Parent signs and returns to teacher
PINK COPY: Principal
GOLD COPY: Teacher copy
Special Services
Reviewed: 04-07-11

You must have a valid school id to enter ASD

Catalog No. 0360
Revised: 04-07-11

发件人: Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org
主题: Discipline Xing (Eric)
日期: 2019年9月18日 下午12:54:08
收件人: coinverso@hotmail.com
抄送: Willey, Tammy L (CRHS) TammyLWilley@katyisd.org

Good afternoon,

Mrs. Willey the 11th Grade Assistant Principal, met with Eric today in regards to a discipline notice she received. Eric went to the counselor's office in regards to a schedule change. He was instructed to return to his 7th period class when finished. He did not return. When contacted by the teacher he said he was on his way home. He has been assigned a 1 hour after school detention on Thursday 9/19/19, 2:45 – 3:45 here on campus in the 9th grade cafeteria.

Please contact Mrs. Willey with any questions.

Thank you


**Laurie McEntee**
**AP Secretary, 11th Gr**
**TAC Coordinator**
*Cinco Ranch High School*
*23440 Cinco Ranch Blvd.*
*Katy, Texas 77494*
*281-237-7080*

 *#CPOE*

Notice: This electronic transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed. This transmission may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this e-mail message from your computer.

发件人： COIN VERSO coinverso@hotmail.com
主题： 答复: Discipline Xing (Eric)
日期： 2019年9月18日 下午3:27:12
收件人： Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org
抄送： Willey, Tammy L (CRHS) TammyLWilley@katyisd.org

Hi
This is Zheng, Eric's father.
I have asked my son regarding to this email you sent to me. And I don't believe my son has done any behavior illegal.
For some reason of racist, my son made decision all by himself to leave the CR golf team.
Thus, a coach thought that this kind of behavior offend his dignity.
Today, this coach yelled at my son to "go out of the classroom" with his finger pointing the classroom door, at this time, most of the golf team member at the scene.
I will come to your office to solve this matter.
Do I need to make an appointment if I want to talk about this matters face to face?
Thanks
Your Zheng
713-739-8295

发送自 Windows 10 版邮件应用

---

发件人: Mcentee, Laurie J (CRHS) <LaurieJMcentee@KATYISD.ORG>
发送时间: Wednesday, September 18, 2019 12:54:03 PM
收件人: coinverso@hotmail.com <coinverso@hotmail.com>
抄送: Willey, Tammy L (CRHS) <TammyLWilley@katyisd.org>
主题: Discipline Xing (Eric)

Good afternoon,

Mrs. Willey the 11th Grade Assistant Principal, met with Eric today in regards to a discipline notice she received. Eric went to the counselor's office in regards to a schedule change. He was instructed to return to his 7th period class when finished. He did not return. When contacted by the teacher he said he was on his way home. He has been assigned a 1 hour after school detention on Thursday 9/19/19, 2:45 – 3:45 here on campus in the 9th grade cafeteria.

Please contact Mrs. Willey with any questions.

Thank you

| | |
|---|---|
| 发件人: | Willey, Tammy L (CRHS) TammyLWilley@katyisd.org |
| 主题: | RE: Discipline Xing (Eric) |
| 日期: | 2019年9月19日 上午9:27:04 |
| 收件人: | COIN VERSO coinverso@hotmail.com、Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org |
| 抄送: | Hildebrand, Kevin M (CRHS) KevinMHildebrand@katyisd.org |

Mr. Luo,

Thank you for reaching out to me regarding your concerns. I must say that I am very concerned about the fact that you are calling myself or my teachers "racist", shaming us for "offending his dignity", and that this is a "malicious attack against Eric" when all of those statements are serious allegations, offensive, and not accurate.

Your son's behavior resulted him receiving a disciplinary action and being assigned detention. The teacher specifically told him that he could not leave the building, after turning in his drop form and Erick did so anyway. Eric chose to not comply with the teacher's directive. Because he chose to leave school without permission, Eric received the detention.

If you have specific questions regarding the conversation between Eric and Mr. Hildebrand, you will need to speak directly to Mr. Hildebrand as I was not present for that conversation. From my understanding, Eric was refusing to listen to Mr. Hildebrand and was even arguing back with the teacher in front of the class and Mr. Hildebrand warned him not to leave the building. Eric must own his behavior and the attention he drew to himself by his actions. I will also speak to Mr. Hildebrand as well.

At this point, I am not sure what more I can share with you to help you understand. If you still feel like you need to meet with me, I will be happy to schedule an appointment with you. The detention for Eric still stands. Please understand that I do not know Eric personally and his consequence is not an attack on him, but a result of his own behavior.

Please let me know if you have any other questions.  I will be happy to try to help.

**Tammy Willey, Assistant Principal**
*Cinco Ranch High School*
*23440 Cinco Ranch Blvd.*
*Katy, Texas  77494*
*281-237-7000*

 *#CPOE*

Notice:  This electronic transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed.  This transmission may contain information that is confidential, privileged and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED.  If you have received this communication in error, please notify the sender immediately by replying to this message and delete this e-mail message from your computer.

**From:** COIN VERSO <coinverso@hotmail.com>
**Sent:** Wednesday, September 18, 2019 3:27 PM
**To:** Mcentee, Laurie J (CRHS) <LaurieJMcentee@KATYISD.ORG>
**Cc:** Willey, Tammy L (CRHS) <TammyLWilley@katyisd.org>
**Subject:** 答复: Discipline Xing (Eric)

CAUTION: This email originated from outside of Katy ISD, **DO NOT CLICK** on links or attachments unless you know the sender and the content is safe. For assistance, contact CaptainSafeData@katyisd.org

Hi
This is Zheng, Eric's father.
I have asked my son regarding to this email you sent to me. And I don't believe my son has done any

发件人： COIN VERSO coinverso@hotmail.com
主题： Re: Discipline Xing (Eric)
日期： 2019年9月19日 上午9:42:16
收件人： Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org
抄送： Willey, Tammy L (CRHS) TammyLWilley@katyisd.org、
JamesMCross@KATYISD.ORG JamesMCross@katyisd.org

Hi
This is Zheng.
I have sent you a email for making an appointment, but I still didn't receive your reply.
I believe that the decision of detention to my son this afternoon should be remanded, and it should be heard by your all. The coach's action involved a violation of the due process. I believe that everyone of your know where this law principal is come from. His coach's purpose was not correct, that when he felt his dignity has been offended, he made an decision with abusing authority to punish my son.
This is very important to my son, to get rid of the inferiority of racism that is entangled in his mind.

I will show your all what had been happened to my son in the past. I kept all informations of connecting with his coach in the past two years.

Respectfully waiting for your reply.

Yours Zheng

发自我的 iPhone

> 在 2019年9月18日，下午12:54，Mcentee, Laurie J (CRHS) <LaurieJMcentee@katyisd.org> 写道：
>
> Good afternoon,
>
> Mrs. Willey the 11th Grade Assistant Principal, met with Eric today in regards to a discipline notice she received. Eric went to the counselor's office in regards to a schedule change. He was instructed to return to his 7th period class when finished. He did not return. When contacted by the teacher he said he was on his way home. He has been assigned a 1 hour after school detention on Thursday

发件人: Willey, Tammy L (CRHS) TammyLWilley@katyisd.org
主题: RE: Discipline Xing (Eric)
日期: 2019年9月19日 上午10:30:53
收件人: COIN VERSO coinverso@hotmail.com、Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org
抄送: Cross, James M (CRHS) JamesMCross@katyisd.org

Mr. Luo,

I will not speak with you regarding past issues. Those issues should have been addressed at that time, and may have already been addressed. I have no knowledge of those incidents and the incident that we are talking about now have nothing to do with the past. Your son did not follow a directive from a teacher and he left school without permission. That is why he is receiving the detention.

**Tammy Willey, Assistant Principal**
*Cinco Ranch High School*
*23440 Cinco Ranch Blvd.*
*Katy, Texas 77494*
*281-237-7000*

 **#CPOE**

Notice: This electronic transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed. This transmission may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this e-mail message from your computer.

**From:** COIN VERSO <coinverso@hotmail.com>
**Sent:** Thursday, September 19, 2019 9:42 AM
**To:** Mcentee, Laurie J (CRHS) <LaurieJMcentee@KATYISD.ORG>
**Cc:** Willey, Tammy L (CRHS) <TammyLWilley@katyisd.org>; Cross, James M (CRHS) <JamesMCross@KATYISD.ORG>
**Subject:** Re: Discipline Xing (Eric)

发件人: Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org
主题: RE: Discipline Xing (Eric)
日期: 2019年9月19日 下午1:06:44
收件人: coinverso@hotmail.com
抄送: Willey, Tammy L (CRHS) TammyLWilley@katyisd.org

Good afternoon,

Due to the inclement weather we have cancelled after school detention today. It has been rescheduled for next Tuesday 9/24.

Thank you

**Laurie McEntee**
**AP Secretary, 11th Gr**
**TAC Coordinator**
*Cinco Ranch High School*
*23440 Cinco Ranch Blvd.*
*Katy, Texas 77494*
*281-237-7080*

 *#CPOE*

Notice: This electronic transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed. This transmission may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this communication in error, please notify the sender immediately by replying to this message and delete this e-mail message from your computer.

**From:** Mcentee, Laurie J (CRHS)
**Sent:** Wednesday, September 18, 2019 12:54 PM
**To:** coinverso@hotmail.com
**Cc:** Willey, Tammy L (CRHS) <TammyLWilley@katyisd.org>
**Subject:** Discipline Xing (Eric)

Good afternoon,

Mrs. Willey the 11th Grade Assistant Principal, met with Eric today in regards to a discipline notice she received. Eric went to the counselor's office in regards to a

发件人: COIN VERSO coinverso@hotmail.com
主题: Re: Discipline Xing (Eric)
日期: 2019年9月19日 下午1:21:52
收件人: Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org
抄送: Willey, Tammy L (CRHS) TammyLWilley@katyisd.org

Because I have filed a complaint with the KD ISD, this detention decision should be delayed until the truth of the event is ascertained.

Through the mail that I received from yours, I have reason to think that the coach has been lying. Therefore, continuing to implement this detention decision will cause unnecessary harm.

Don't you even have the courage and confidence to find out the truth of this event?

Yours Zheng

发自我的 iPhone

在 2019年9月19日, 下午1:06, Mcentee, Laurie J (CRHS) <LaurieJMcentee@katyisd.org> 写道:

Good afternoon,

Due to the inclement weather we have cancelled after school detention today. It has been rescheduled for next Tuesday 9/24.

Thank you

**Laurie McEntee**
**AP Secretary, 11th Gr**
**TAC Coordinator**
*Cinco Ranch High School*
*23440 Cinco Ranch Blvd.*
*Katy, Texas 77494*
*281-237-7080*

发件人: COIN VERSO coinverso@hotmail.com
主题: Xing Luo, Discipline
日期: 2019年9月23日 上午11:49:23
收件人: Cross, James M (CRHS) JamesMCross@katyisd.org
抄送: Willey, Tammy L (CRHS) TammyLWilley@katyisd.org、Mcentee, Laurie J (CRHS) LaurieJMcentee@katyisd.org、
cynthialburnham@katyisd.org

Hi!
This is Zheng Luo, Xing Luo's father._And Xing Luo is your high school student of 11th grade._Also he have been your golf team member one week ago.
Last week, on 9-28-2019, at 12:54 Pm, I received a email from your staff --- Laurie J Mcentee, It said that my son would be detained after school._I cite the original text:
"Good afternoon,
Mrs. Willey the 11th Grade Assistant Principal, met with Eric today in regards to a discipline notice she received._ Eric went to the counselor's office in regards to a schedule change._ He was instructed to return to his 7th period class when finished._ He did not return._ When contacted by the teacher he said he was on his way home._ He has been assigned a 1 hour after school detention on Thursday 9/19/19, 2:45 – 3:45 here on campus in the 9th grade cafeteria.
Please contact Mrs. Willey with any questions.
Thank you"
So, after I asked my son the cause of the detention, I sent an email to Mrs. Willey, and told her that the detention decision might be not appropriate._Here, I cite the original text I sent:
"Hi
This is Zheng, Eric's father.
I have asked my son regarding to this email you sent to me._And I don't believe my son has done any behavior illegal.
For some reason of racist, my son made decision all by himself to leave the CR golf team.
Thus, a coach thought that this kind of behavior offend his dignity.
Today, this coach yelled at my son to "go out of the classroom" with his finger pointing the classroom door, at this time, most of the golf team member at the scene.
I will come to your office to solve this matter.
Do I need to make an appointment if I want to talk about this matters face to face?
Thanks
Your Zheng
713-739-8295"
Mrs. Willey refused to investigate the fact of this event, and she also refused to meet with me._I am a parent of a your student, and your student who had suffered a kind of treatment of rude and hateful from your team coach.._I do have the right to meet your Mrs. Willey.
Here, I also cite some emails text from Mrs. Willey:
The first one, "Mr._Luo,
Thank you for reaching out to me regarding your concerns._ I must say that I am very concerned about the fact that you are calling myself or my teachers "racist", shaming us for "offending his dignity", and that this is a "malicious attack against Eric" when all of those statements are serious allegations, offensive, and not accurate.
Your son's behavior resulted him receiving a disciplinary action and being assigned

detention._ The teacher specifically told him that he could not leave the building, after turning in his drop form and Erick did so anyway._ Eric chose to not comply with the teacher's directive._ Because he chose to leave school without permission, Eric received the detention.
If you have specific questions regarding the conversation between Eric and Mr. Hildebrand, you will need to speak directly to Mr. Hildebrand as I was not present for that conversation._ From my understanding, Eric was refusing to listen to Mr. Hildebrand and was even arguing back with the teacher in front of the class and Mr. Hildebrand warned him not to leave the building._ Eric must own his behavior and the attention he drew to himself by his actions._ I will also speak to Mr. Hildebrand as well.
At this point, I am not sure what more I can share with you to help you understand._ If you still feel like you need to meet with me, I will be happy to schedule an appointment with you._ The detention for Eric still stands._ Please understand that I do not know Eric personally and his consequence is not an attack on him, but a result of his own behavior.
Please let me know if you have any other questions._ I will be happy to try to help.
Tammy Willey, Assistant Principal"

The second one, "Mr._Luo, We are not available at 11:00 AM._ You have to understand that I have another meeting scheduled and Mr. Hildebrand has a classroom full of students to attend._ He will not be leaving class to meet with you at 11:00, nor am I available._ If you would like, you may request to schedule a meeting with us._ I will then check with everyone's schedule and determine the best time for all of us to meet._ Thank you."
The third one, "Mr._Luo,
I will not speak with you regarding past issues._ Those issues should have been addressed at that time, and may have already been addressed._ I have no knowledge of those incidents and the incident that we are talking about now have nothing to do with the past._ Your son did not follow a directive from a teacher and he left school without permission._ That is why he is receiving the detention."

I questioned the purpose and cause of detention decision, because I have full of proofs to prove the existing of racial discrimination and retaliation, in this event._and I disagree that the detention decision would be implemented before this event being investigated clearly.
So I immediately went to the katy Isd, and I reflected this event to a lady of Katy Isd, and I formally lodged a complaint against your school._The lady answered me that she wuold inform me the forms and the procedure of complain from email.

In the afternoon of that heavy rainy day, I received an 'warmly" email, it told me the detention decision had been delayed until this Tuesday.
By that time, I was really angry._I reply that email,
"Because I have filed a complaint with the KD ISD, this detention decision should be delayed until the truth of the event is ascertained.

Through the mail that I received from yours, I have reason to think that the coach has been lying. Therefore, continuing to implement this detention decision will cause unnecessary harm. Don't you even have the courage and confidence to find out the truth of this event?
Yours Zheng"

Today, I write to you, my Principal as a your honor, to suggest you delay this detention decision. By the time of it still being a decision, it could be addressed within the Katy Isd. If it has being executed, I believe the jurisdiction of this matter shall belong to the Federal District Court.

Sincerely
Yours Zheng


发送自 Windows 10 版邮件应用

9/23/2019 — Student Schedule — Schedule As Of 09/23/2019

| Student ID | Name | | Gr | Hrm | Team | Counselor | |
|---|---|---|---|---|---|---|---|
| K1409844 | Luo, Xing | | 11 | | UC | Valdivia, Shannon | |

| Period | Course-Section | Description | Marking Periods | Days | Room | Teacher |
|---|---|---|---|---|---|---|
| 1 | 0287A - 10 | PRE CALC PREAP/GT A | M1,M2,M3 | M,T,W,R,F | 2208 | Myers, Erica |
| 2 | 0103EA - 10 | ENG 3A | M1,M2,M3 | M,T,W,R,F | 1630 | Monagas, Claudia |
| 3 | 0466A - 3 | AP PHYSICS 1A | M1,M2,M3 | M,T,W,R,F | 1610 | Dibacco, Meghan |
| 4a | LUNCH - 188 | LUNCH | M1,M2,M3 | M,T,W,R,F | CAFE | STAFF11, STAFF11 |
| 4b | 0020A - 5 | STUDY HALL (INSTRUCT) | M1,M2,M3 | M,T,W,R,F | 2616 | Patterson, Christie |
| 45 | 0020A - 5 | STUDY HALL (INSTRUCT) | M1,M2,M3 | M,T,W,R,F | 2616 | Patterson, Christie |
| 5b | 6812A - 1 | CHIN 3 PREAP A | M1,M2,M3 | M,T,W,R,F | 2003 | Chang, Hsiu-Jen |
| 56 | 6812A - 1 | CHIN 3 PREAP A | M1,M2,M3 | M,T,W,R,F | 2624 | Chang, Hsiu-Jen |
| 6b | 0311A - 2 | US HIST A | M1,M2,M3 | M,T,W,R,F | 2628 | Beasley, George |
| 6c | 0311A - 2 | US HIST A | M1,M2,M3 | M,T,W,R,F | 2628 | Beasley, George |
| 7 | 0002P7A - 1 | EARLY RELEASE (7TH PER) A | M1,M2,M3 | M,T,W,R,F | N/A | Staff |

Your __1__ hour after school detention that was cancelled on 9/19 has been rescheduled for ___Tuesday 9/24___.

Thanks,

Mrs. Willey/Mrs. McEntee

Junior Office, Rm 1628

Copyright 2003 - 2019 PowerSchool Group LLC